MARK D. LONERGAN (State Bar No. 143622)
EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A. and
U.S. BANK, NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE BANC OF AMERICA
FUNDING 2006-J TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| PERFECTO B. AQUINO, JR. and ZENAIDA AQUINO,<br><br>         Plaintiffs,<br><br>     vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BANC OF AMERICA FUNDING 2006-J TRUST; WELLS FARGO BANK, N.A.; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC; AND DOES 1-100, INCLUSIVE,<br><br>         Defendants. | Case No. 3:13-CV-05461-SC<br><br>**CERTIFICATE OF INTERESTED PARTIES [F.R.Civ.P. 7.1; L.R. 3-16]**<br><br>The Hon. Samuel Conti<br><br>Action Filed:   11-25-13<br>Trial Date:      None Set |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3-16, the undersigned, counsel of record for Defendants Wells Fargo Bank, N.A. and U.S. Bank, National Association, as Trustee for the Banc of America Funding 2006-J Trust, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Wells Fargo Bank, N.A. is a wholly-owned subsidiary of Wells Fargo & Co.  Wells Fargo & Company is a publicly held company whose shares are traded on the New York Stock Exchange.  Wells Fargo & Co. has no parent company and no publicly held company owns more than 10% of Wells Fargo & Co.'s shares.

2. U.S. Bank, National Association, as Trustee is a wholly-owned subsidiary of U.S. Bancorp, which is publicly traded on the New York Stock Exchange under the symbol USB.

DATED:  December 27, 2013

SEVERSON & WERSON
A Professional Corporation

By:     */s/ Megan C. Kelly*
         Megan C. Kelly

Attorneys for Defendants WELLS FARGO BANK, N.A. and U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BANC OF AMERICA FUNDING 2006-J TRUST